UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONTI 11. CONTAINER SCHIFFAHRTS-GMBH & CO. KG *M.S. MSC FLAMINIA*, ET AL. | CIVIL ACTION |
| VERSUS | NO: 15-3704 |
| NEW ORLEANS TERMINAL, LLC | SECTION: "J" (3) |

### ORDER

Considering the foregoing *Motion to Stay Proceedings* **(Rec. Doc. 22),**

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the case is **STAYED**; the trial and all deadlines are **CONTINUED** without date;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana this 27th day of May, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE